

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| A-1 FREEMAN MOVING & STORAGE LLC AND A-1 FREEMAN NORTH AMERICA INC., | § | No. 08-23-00001-CV |
| | § | Appeal from the |
| Appellants, | § | 448th Judicial District Court |
| v. | § | of El Paso County, Texas |
| ARACELI ORTIZ GALINDO, | § | (TC# 2022DCV1753) |
| Appellee. | | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the judgment. We reverse the trial court's order denying the motion to compel arbitration as to A-1 Freeman Moving, affirm the trial court's order denying the motion to compel arbitration as to A-1 Freeman NA, and remand to the trial court for further proceedings consistent with our opinion.

We further order that Appellant and Appellee each pay one-half (1/2) the costs of this appeal. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 23RD DAY OF AUGUST, 2023.

LISA J. SOTO, Justice

Before Rodriguez, C.J., Palafox, Soto, JJ.
Palafox, J., dissenting without separate opinion